# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1045**              **September Term, 2024**

EPA-85FR49084  
EPA-87FR77985

**Filed On: October 7, 2024** [2078565]

Huntsman Petrochemical LLC,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Air Alliance Houston, et al.,  
             Intervenors

------------------------------

Consolidated with 23-1047, 23-1085

## M A N D A T E

In accordance with the judgment of August 13, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**  
                                            Mark J. Langer, Clerk

                             BY:    /s/  
                                            Daniel J. Reidy  
                                            Deputy Clerk

Link to the judgment filed August 13, 2024